IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
2002 JUL 12 PM 2:53
U.S. DISTRICT COURT

| | |
|---|---|
| KHALIL ABDUR RAHIM, ) <br> Representative of the Estate ) <br> of GREGORY MAY, ) <br> MICHAEL DATES, ) <br> and WARDELL KYLES ) <br>     Plaintiff, ) <br> ) <br> vs. ) <br> . ) <br> MICHAEL F. SHEAHAN, Sheriff of ) <br> Cook County, RICHARD REMUS, ) <br> Superintendent for External ) <br> Operations, Cook County Department ) <br> of Corrections, ERNESTO VELASCO, ) <br> Director, Cook County Department ) <br> of Corrections, ) <br>     Defendants. ) | No. 99 C 0395 <br><br> Honorable Sidney Schenkier <br><br> DOCKETED <br> JUL 24 2002 |

## PLAINTIFFS' MOTION TO MODIFY
## PUBLICATION OF CLASS NOTICE

The Plaintiffs, through their attorneys, THOMAS PETERS, KEVIN PETERS and GIL SAPIR, request this Honorable Court to modify the class publication requirements. In support thereof, they state as follows:

1. The parties reached a settlement that called for publication in the Defender, LaRaza, Chicago Sun Times, and Reader newspapers.

2. Notice of the proposed settlement also was to be published in every division of the Cook County Jail and in the

lockup areas of the Cook County courts.

3. In addition, notice was mailed to the last known address of all class members.

4. All the required forms of notice have been published, with one exception.

5. Plaintiffs have not published the notice in the Chicago Sun Times.

6. The cost of publication in the classified section of the Sun Times for three work days is approximately $8,000 dollars.

7. For the same cost, Plaintiffs can publish three times each in the Defender, LaRaza, and the Reader.

8. Furthermore, Plaintiffs can for the same cost have notices in the Defender, LaRaza and the Reader that are more than three times larger than notice in the Sun Times.

WHEREFORE, Plaintiffs pray this Court will modify the class notice requirement and allow Plaintiffs to re-publish in the Reader, LaRaza and the Defender rather than publishing in the Chicago Sun Times.

Respectfully submitted,

THOMAS PETERS
KEVIN PETERS
GIL SAPIR
542 S. Dearborn, Suite 750
Chicago, IL 60605
312-697-0022

IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
2002 JUL 12 PM 2:53
U.S. DISTRICT COURT

| | | |
|---|---|---|
| KHALIL ABDUR RAHIM, Representative of the Estate of GREGORY MAY, MICHAEL DATES, and WARDELL KYLES<br>　　Plaintiff, | ) ) ) ) ) ) ) ) | |
| vs. | ) ) | No. 99 C 0395 |
| MICHAEL F. SHEAHAN, Sheriff of Cook County, RICHARD REMUS, Superintendent for External Operations, Cook County Department of Corrections, ERNESTO VELASCO, Director, Cook County Department of Corrections,<br>　　Defendants. | ) ) ) ) ) ) ) ) ) | Honorable Sidney Schenkier |

### NOTICE OF MOTION

TO:　Mr. Thomas M. Burnham
　　　Michael Jacobs
　　　Assistant State's Attorney
　　　Richard J. Daley Center
　　　Chicago, IL 60602

DOCKETED
JUL 24 2002

　　PLEASE TAKE NOTICE that on July 12, 2002, I filed with the Clerk of the United States District Court for the Northern District of Illinois, **PLAINTIFFS' MOTION TO MODIFY PUBLICATION OF CLASS NOTICE**, copies of which are attached.

　　PLEASE ALSO TAKE NOTICE that on July 23, 2002, at 8:30 A.M., I shall appear before Judge Sidney Schenkier in Room 1700, in the



United States District Court for the Northern District of Illinois, and then and there present the attached Motion.

*Thomas Peters*
THOMAS PETERS
KEVIN PETERS
GIL SAPIR
542 S. Dearborn, Suite 750
Chicago, Illinois  60605
(312) 697-0022

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby swear that I served the above Notice and attached Motion by hand delivering copies to each of the above named parties, at the addresses indicated above, before 5:00 p.m. on July 12, 2002.

*Rachel Kay*

SUBSCRIBED AND SWORN TO
before me this 12th day
of July, 2002.

*Patricia Murphy*
NOTARY PUBLIC

OFFICIAL SEAL
PATRICIA MURPHY
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES:08/19/04