MOTION LETTER by John Stone for an order in 99 C 395

IN THE
S. DISTRICT COURT
NORTHERN DIST OF ILLINOIS

FILED
DEC - 6 '02
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RAHIM
Plaintiff,

v.

SHEEHAN
Defendant

DOCKETED
DEC 1 3 2002

Case No. 99 C 395

## PROOF/CERTIFICATE OF SERVICE

TO: Prisoner Correspondence
Clerk of Court
U.S. Dist Court 219 S. Dearborn
Chicago, IL. 60604

TO: Thomas Peters: Atty at Law
542 S. Dearborn Suite 750
Chicago, IL. 60605

PLEASE TAKE NOTICE that on _____, 20___, I have placed the documents listed below in the institutional mail at _____ Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: Big Muddy River Treatment Center P. O. Box 900, INA, IL. 62846

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: 12/2/02

/s/ John Stone
NAME: John Stone
IDOC#: A-15875
BMR ~~EMA~~ TC Correctional Center
P.O. BOX 900
INA, IL 62846

Revised Jan 2002

105

United States District Court
Northern District of Illinois

**FILED**
DEC - 6 2002
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

John Stone, A/K/A: John Stone-El
#A-15875 Big Muddy River Treatment Ctr
P.O. Box 900, Ina, IL. 62846

Nov 25, 2002

Prisoner Correspondence
Clerk of the Court
U.S. District Court
219 So. Dearborn St.
Chicago, IL. 60604

Re: Rahim J. Sheehan #99 C 395

AND

Thomas Peters; Class Counsel
542 So. Dearborn St. Suite 750
Chicago, IL. 60605

Dear Judge Schenkier;

I Am writting this Letter to you in hopes that you can and will assist Me in expiding a situation that I Am Currently facing with the Class Counsels. When I first became aware of the Class Action Certification in this Case, I wrote to Counsel and advised him that I Certainly am a legitimate Part of the Class, that he could check the records from 1997 through 2000 Under either or both Names as stated Above, I gave social Security date of birth and home address, telephone Number, I gave everything except institutional Numbers that I had been Under and had requested a Copy of the Complaint and Class Claim form Under FRCP 23(b)(3). I Made the request several times, and the Man has Never ever Acknowledged hearing from Me or that I am an Acknowledged Member of the Class (~~—~~)

NEXT PAGE

I recently learned from the Prisoner Correspondent exactly what stage the litigation is in. Your Honor everything is Nearly Over and Counsel is still refusing to Acknowledge Class Members. I have Attempted On More than One Occasion to fit into the Class As Authorized by the Orders of this Honorable Court and My Solitary Concerns have been ignored, Just as My Single Plight has As a Complaintant, I Am therefore Motioning this Honorable Court As a disgruntled Class Member to be Allowed to file a formal Class form Or alternately to file Seperate and independent litigation in My Own behalf Under rule 23(d) of federal rules of Civil Procedures and The 8th and 14th Amendments to The Constitution of The United States of America.

ALLMAN, V. COUGHLIN, 577 f. Supp 1440
ARNEY V. FINNEY, 766 f. Supp 534

Respectfully Submitted

_____
JOHN STONE: MOVANT

AFFIRMATION

I, JOHN STONE, A/K/A: JOHN STONE-EL, #A-15875 THE MOVANT HEREIN, DO HEREBY DECLARE UNDER THE PENALTY OF PERJURY I HAVE A CLEAR UNDERSTANDING OF THE FOREGOING MOTION/LETTER AND ALL OF THE CONTENTS THEREIN.

Subscribed And Sworn to before Me
This \_\_\_\_\_ day of _____ 200\_\_

_____
NOTARY PUBLIC

I recently learned from the Prisoner Correspondent, rather than the Peters Bros exactly what was going on in the litigation, At any rate everything is Nearly Over And I'm Still in the Process of trying to be Acknowledged as a Member of the Class, So Since My Plea to humanity is Unanswered I formally Motion this Hon Court Under Rule 23(d) of federal rules of Civil Procedures for direct intervention or for the Action as a Class Member Unamed. or that I be given the leave to Procede in My Own individual Complaint. IN RE A. H. Robbins Co Inc 880 f.2d 709, 728; Anderson, V. Aetna, 493 U.S. 959, 110 S. Ct. 277 Allman, V. Coughlin, 577 f. Supp 1440; I requested a Copy of The Complaint from Class Counsel And was ignored Allen V. Isaac, 100 FRD at 375.

This Honorable Court has Already Approved a Settlement in the Case and though the Movant is a Class Member Movant has little or No Knowledge of what is going On I Cannot help but to disagree with the way Counsel is handling the Case because I have been Absolutely excluded from every Part of this Litigation. I have no true desire for Unilateral litigation, however if the Court does Not Authorize My intervention as a Class Member, I ask for a formal denial in writing

Respectfully Submitted

_____

John Stone: Movant

NEXT PAGE

Affirmation

I, John Stone, A/K/A: John Stone-El #A-15875 the Movant herein, do hereby declare under the penalty of perjury, that I have read the foregoing letter/motion and that it is clear in substance and in fact to the best of my knowledge and my sincere belief.

John Stone : Affiant #A-15875
Big Muddy River Treatment Center
P.O. Box 900, Ina, IL. 62846

Subscribed and Sworn to before me this 2nd day of Dec. 2002

Notary Public:

"OFFICIAL SEAL"
JENNIFER L. WILSON
Notary Public, State of Illinois
My Commission Exp. 07/31/2004